## RAFE *v.* THE STATE.

ATKINSON, J. No error of law was complained of. The evidence was sufficient to support the verdict of guilty, and there was no error in overruling the petition for certiorari.

> *Judgment affirmed. All the Justices concurring.*

Submitted October 15, — Decided November 15, 1897.

Certiorari. Before Judge Hart. Greene superior court. August term, 1897.

*James Davison,* for plaintiff in error. *H. G. Lewis,* solicitor-general, by *Anderson, Felder & Davis,* and *J. B. Park Jr.* contra.

---

## PEPPERS *v.* THE STATE.

ATKINSON, J. There was no evidence to support the verdict, and the finding of the jury was contrary to the charge of the court.

> *Judgment reversed. All the Justices concurring.*

Argued October 16, — Decided November 15, 1897.

Indictment for selling liquor. Before Judge Henry. Walker superior court. August term, 1897.

*F. W. Copeland,* for plaintiff in error.

*Moses Wright,* solicitor-general, contra.